UNITED STATES of America,
Plaintiff–Appellee,

v.

Enrico Salazar SANCHEZ, a/k/a Juan Sanchez, a/k/a Carlos Pun,
Defendant–Appellant.

No. 01–7548.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Enrico Salazar Sanchez, Appellant Pro Se. Ranganath Manthripragada, Assistant United States Attorney, Gina Laurie Sims, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Enrico Salazar Sanchez appeals from the district court's order denying Sanchez's "Motion to Withdraw Unauthorized Enhanced Sentence." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Sanchez,* No. CR–00–36–DKC (D.Md. Aug. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.